**Michael M. KINGSBURY v. Norman S. WHITE, No. 202-75**

February 9, 1977. Requests for findings having been filed in accordance with V.R.C.P. 52 and the findings failing to make a clear statement of what was decided and how the decision was reached, the judgment is vacated and the cause is remanded for rehearing on all issues. *Wells* v. *Village of Orleans, Inc.*, 132 Vt. 216, 315 A.2d 463 (1974).

**Walter HENDRICKS and Flora Hendricks v. George W. DIETRICH and Julia A. Dietrich, No. 109-76**

February 10, 1977. Motion for additional time to file appellant's brief granted, and it is further ordered that the brief shall be filed by 4:00 p.m. on Thursday, February 17, 1977; failure to comply will result in dismissal of the appeal without further hearing.

**Robert A. LYON v. Helen J. LYON, No. 293-76**

February 10, 1977. The motion to withdraw made by counsel for plaintiff is granted; the plaintiff is directed to order the transcript or procure a determination that the transcript may be dispensed with under V.R.A.P. 10(c) and further to

obtain new counsel on his behalf or enter his appearance on his own behalf, all on or before March 10, 1977.

**Frank E. PUNDERSON, JR. and Linda Ide Punderson v. TOWN OF CHITTENDEN, No. 295-76**

February 10, 1977. The provisions of V.R.A.P. 10(b) requiring that motions with respect to abbreviated transcripts be heard by the presiding judge of the Superior Court in cases there filed, the motion under V.R.A.P. 10(b) filed here in the above-captioned case is remanded for prompt disposition.

**IN RE LIQUOR CONTROL DEPARTMENT NON-SUPERVISORY EMPLOYEES, No. 53-77**

February 10, 1977. The motion of State of Vermont and Vermont State Employees Association to stay the January 13, 1977, order of the Vermont Labor Relations Board is denied.

**Edward TRIVENTO, Appellant v. R. Kent STONEMAN, No. 202-76**

February 15, 1977. Appellee's motion to dismiss the appeal is denied, conditioned upon the filing of appellant's brief on or before March 4, 1977.